UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 19 AM 8:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MARIO PEREZ SANTOS,

    Plaintiff(s)

    v.                    Civ. No. 96-2282(PG)

JOSE A. MALAVE, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #24 - Motion Assuming Legal Representation | *Granted* |

**Date:** November *18*, 1999.

*[signature]*
JUAN M. PEREZ-GIMENEZ

