UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIO PEREZ-SANTOS,
    Plaintiff,

v.                                            Civil No. 96-2282(PG)

JOSE A. MALAVE, et als.,
    Defendants

| MOTION | ORDER |
|---|---|
| Docket #26 - Motion Requesting Entry Of Default. | Denied. A default judgment cannot be entered merely by granting this motion. Plaintiff will have to move the Court accordingly. |

Date: ~~December~~ February 22, ~~1999~~ 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

