UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

MARIO PEREZ-SANTOS,
    Plaintiff,

v.

JOSE A. MALAVE, ET AL.,
    Defendant.

CIVIL NO. 96-2282(PG)

## JUDGMENT

The Court having entered an Opinion and Order on this same date denying plaintiff's motion for default judgment and ordering the dismissal of the complaint, it is hereby,

**ORDERED and ADJUDGED** that the plaintiff's motion for default judgment is **DENIED** and the case is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico _November 16_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge



AO 72A
(Rev. 8/82)