IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIO PEREZ SANTOS
    Planitiff

vs.   CASE NO.: 96-2282

JOSE A. MALAVE, VICTOR FAJARDO VELEZ
    Defendant

*Filed stamp: 00 NOV 27 PM 3:33, U.S. DISTRICT COURT, SAN JUAN, P.R.*

NOTICE IS HEREBY GIVEN THAT acting Pro-Se in forma pauperis, Mario Perez Santos, plaintiff, in the above named case, hereby appeal to the United States Court of Appeals for the 2nd Circuit from an Opinion and Order denying plaintiff's Motion for Default Judgment and ordering the dismissal of the case without prejudice.

I HEREBY CERTIFY: that a true copy and exact copy of the foregoing document has been sent by first class mail to Jose A. Malave, 667 Bloque LC-39, Urb. Las Cumbres, Rio Piedras, Puerto Rico 00927, Jose R. Cintron Rodriguez, Esq., Federal Litigation Division, Department of Justice, PO Box 9020192, San Juan, PR 00902-0192.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 27th day of November 2000.

*[signature]*
Mario Perez Santos - Acting Pro-Se
PO Box 193676
San Juan PR 00919-3676